Marc V. Kalagian
Attorney at Law: 4460
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-8868
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
LISA MARIE GURULE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA MARIE GURULE | Case No.: 2:24-cv-01078-EJY |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| MARTIN O'MALLEY, | (FIRST REQUEST) |
| Commissioner of Social Security, | |
| Defendant. | |

TO THE COURT:

Plaintiff Lisa Marie Gurule and Defendant Martin O'Malley, Commissioner of Social Security, by and through their attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from September 9, 2024 to September 23, 2024 for Gurule to file her opening brief, with all other dates extended accordingly. This is Gurule's first request for an extension. This request is made at the request of plaintiff's counsel to allow additional time to fully research the issues presented.

The parties request that the briefing schedule be modified as follows: Plaintiff will file her opening brief by September 23, 2024. Defendant will file his responsive brief by October 23, 2024. Plaintiff may file any optional reply within

-1-

14 days of the service of the Commissioner's responsive brief. The parties make this request in good faith with no intention to unduly delay the proceedings.

DATE: September 5, 2024     Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                            /s/ *Marc V. Kalagian*

            BY: _____
                  Marc V. Kalagian
                  Attorney for plaintiff Lisa Marie Gurule

DATE:  September 5, 2024     JASON M. FRIERSON
                                  United States Attorney
                                  BLAINE T. WELSH
                                  Associate United States Attorney

                            /s/ *Franco L. Becia*

            BY:_____
                  Franco L. Becia
                  Special Assistant United States Attorney
                  Attorneys for defendant Martin O'Malley,
                  Commissioner of Social Security
                  |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

DATE:  September 5, 2024

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE