Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Lisa Marie Gurule

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA MARIE GURULE, | Case No.: 2:24-cv-01078-EJY |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE ELAYNA J. YOUCHAH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Lisa Marie Gurule ("Gurule") be awarded attorney fees in the amount of SIXTY ONE HUNDRED

-1-

1   dollars ($6,100.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §
2   2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents
3   compensation for all legal services rendered on behalf of Plaintiff by counsel in
4   connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).
5        After the Court issues an order for EAJA fees to Gurule, the government
6   will consider the matter of Gurule's assignment of EAJA fees to Marc Kalagian.
7   The retainer agreement containing the assignment is attached as exhibit 1.
8   Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the
9   assignment will depend on whether the fees are subject to any offset allowed under
10  the United States Department of the Treasury's Offset Program.  After the order for
11  EAJA fees is entered, the government will determine whether they are subject to
12  any offset.
13       Fees shall be made payable to Gurule, but if the Department of the Treasury
14  determines that Gurule does not owe a federal debt, then the government shall
15  cause the payment of fees, expenses and costs to be made directly to Law Offices
16  of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by
17  Gurule.[1]  Any payments made shall be delivered to Law Offices of Lawrence D.
18  Rohlfing, Inc., CPC. Counsel agrees that any payment of costs may be made either
19  by electronic fund transfer (ETF) or by check.
20       This stipulation constitutes a compromise settlement of Gurule's request for
21  EAJA attorney fees, and does not constitute an admission of liability on the part of
22  Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
23  constitute a complete release from, and bar to, any and all claims that Gurule

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1  and/or Marc Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC,
2  may have relating to EAJA attorney fees in connection with this action.
3      This award is without prejudice to the rights of Marc Kalagian and/or the
4  Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act
5  attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of
6  the EAJA.

DATE: November 8, 2024    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff
LISA MARIE GURULE

DATE: November 8, 2024    JASON M. FRIERSON
United States Attorney

/s/ *David Priddy*
_____
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant
MARTIN O'MALLEY, Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered.

DATE: November 12, 2024

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE